# United States District Court

SOUTHERN DISTRICT OF NEW YORK

CHRIS MANNAH

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, DEPUTY INSPECTOR THERESA J. SHORTELL, POLICE OFFICER JOHN BATANUS, JOHN DOE POLICE OFFICER ##1-3,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 4750

TO: (Name and address of defendant)

Captain Theresa J. Shortell
PSA3
130 Avenue C
~~Brooklyn~~, NY ~~11218~~
New York 10009

JVD
Det. Bureau

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leo Glickman, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                   MAY 2 1 2008
CLERK                                                  DATE

_Catherine Lapsley_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 7-29-08

NAME OF SERVER (PRINT): Ted Braunstein

TITLE: Process Server

**Check one box below to indicate appropriate method of service**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Female Black - 40's 5'2" 160 lbs bl-hair br-eyes Served by hand at Defendants place of business. Left on front Desk Auxiliary off Charley directly in front of the office

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-30-08
Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave. Bklyn NY 11217

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.