AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

CHRIS MANNAH

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, DEPUTY INSPECTOR THERESA J. SHORTELL, POLICE OFFICER JOHN BATANUS, JOHN DOE POLICE OFFICER ##1-3,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 4750

TO: (Name and address of defendant)

Police Officer John Batanus
6th Precinct
233 West 10th Street,
New York, NY, 10014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leo Glickman, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 21 2008
_____                               _____
CLERK                                                 DATE

_Catherine Laipsley_ (signature)
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 5-28-08

NAME OF SERVER (PRINT): Ted Braunstein

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand at Defendants place of business to [illegible] Wilson at approx 3/15 PM at 223 W 10th St

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-28-08
            Date

Signature of Server: Ted Braunstein

Address of Server: 516 [illegible]
11217

Sworn before me this
28th day of May 2008

[signature]

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in King County
Commission Expires July 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.