UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X

CHRIS MANNAH,

                Plaintiff,

      -v-

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY, DEPUTY
INSPECTOR THERESA J. SHORTELL, POLICE
OFFICER JOHN BATANUS, JOHN DOE POLICE
OFFICER, #1-3,

                Defendants.

------------------------------------------------------------------ -X

08 CIV. 4750 (DLC)
(MHD)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | _____ |

*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
             August 25, 2008

                                                  _____
                                                  DENISE COTE
                                                 United States District Judge